(3) Clarification on Pre-Sentence Report, indicating if there is more than one Donald Short confusing the record with this Donald Short;

(4) Dismissal record from Federal Court;

(5) Obtain an up-to-date FBI check; and

(6) Any other pertinent information that would help clarify the record.

We wish to thank John Keith, Attorney from Great Falls, for his assistance to the Defendant and to this Court.

DATED this 6th day of January 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. KEVIN D. HALL, Defendant.

## DECISION

No. (B)DC-82-002

The application of the above-named defendant for a review of the sentence of 5 years for theft, suspended; 10 years for persistent felony offender; DANGEROUS; the sentences shall be served consecutively imposed on May 10, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 5 years for theft, all 5 years suspended; 5 years for persistent felony offender; both sentences shall be served consecutively; and the Defendant shall be under the Supervision of the Department of Adult Parole for the suspended portion of this sentence.

The amended sentence shall bring the sentence more in line with other crimes of a similar nature.

HON. MARK SULLIVAN DISSENTS: He would agree with the reduction in sentence and would also recommend that the Defendant be designated as NON-DANGEROUS.

We wish to thank Tim Boland, Attorney from Great Falls, for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Seventh Judicial District, County of Richland, STATE OF MONTANA, Plaintiff vs. DALE RANDALL BLANKENSHIP, Defendant.

DECISION

No. 1297

The application of the above-named defendant for a review of the sentence of 40 years; DANGEROUS imposed on November 14, 1979, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence be amended to 40 years, NON-DANGEROUS.

Reasons for the amendment are:

(1) No previous criminal record;

(2) The statute was not complied with;

(3) Insufficient reasons stated by sentencing judge; and

(4) The Defendant received the maximum sentence.

HON. JOHN HENSON DISSENTS: He felt the sentence imposed was justified.

We wish to thank Brad Newman of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. EUGENE EDWARD YOUNG, Defendant.

DECISION

No. DC-6243

The application of the above-named defendant for a review of the sentence of 20 years with 12 years suspended: DANGEROUS imposed on February 14, 1983 was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Defendant has a very extensive prior record and the sentence imposed by the Sentencing judge was very similar to what the Probation Officer recommended. Therefore, this Board finds that the sentence imposed was fair and just.

We wish to thank Curt Bevolden of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. DALE ALLEN KELLY, Defendant.